# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Calabresi, Guido | U.S. Court of Appeals, 2nd Cir | 08/01/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Ct of Appeals Judge, Active | ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final  **5b.** ☐ Amended Report | 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Court of Appeals, 2nd Cir 157 Church Street New Haven, CT 06510-2030 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Sterling Professor Emeritus, Professorial Lecturer | Yale Law School, 11/01/1995 - present |
| 2. Honorary Trustee - Unpaid | Carolyn Foundation, MN, 01/01/1996 - present |
| 3. Member , Scientific Committee - Unpaid | Centro Nazionale Prevenzione e Difesa Sociale, 1988 - present |
| 4. President, Board of Trustees - Unpaid | Chapel of St. Thomas More, Yale University, 1997 - 2007 |
| 5. Member - Unpaid | Northwestern University Law Board, 2002 -2006 |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. Present | Right to be Professorial Lecturer, Yale University, upon retirement (See Attachment A) |
| 2. Present | Right to use accumulated (approximately $2,000) research and travel fund, Yale University, even after retirement |
| 3. | |

DISCLOSURE FINANCIAL OFFICE 2007 AUG -1 A 10: 45 RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
| --- | --- | --- |
| 1. 2006 | Yale University - part-time teaching | $ 24,780 |
| 2. 2006 | Yale University Press - royalties for previously written book | $ 380 |
| 3. 2006 | W.W. Norton & Co. - royalties for previously written book | $ 352 |
| 4. 2006 | Copyright Clearance Center - Copyright payments for previously written books, etc. | $ 50 |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. University of Rome III | 06/15/05 - Lecture (travel, food), Rome, Italy (note: part paid in 2005) |
| 2. Yale University Law School | 10/24/05 to 10/25/05 - Lecture (travel), Rome, Italy |
| 3. Association of American Law Schools | 01/05/06 to 01/06/06 - Lecture (travel, food, lodgings), Washington, D.C. |
| 4. Yale University Law School | 01/10/06 to 01/11/06 - Lecture (travel), Rome, Italy |
| 5. Yale University Law School | 02/06/06 and 02/07/06 - Lecture (travel), New Haven, CT |

| Name of Person Reporting | Date of Report |
|---|---|
| Calabresi, Guido | 08/01/2007 |

| | | |
|---|---|---|
| 6. | George Washington Law School | 02/09/06 - Moot Court (travel, food), Washington, D.C. |
| 7. | University of Arizona | 02/15/06 to 02/17/06 - Lecture (travel, food, lodging), Tucson, AZ |
| 8. | University of Brescia | 03/04/06 to 03/15/06 - Lecture (travel, food, lodgings), Brescia, Italy |
| 9. | Yale University Law School | 04/06/06 - Class Party (food), New Haven, CT |
| 10. | Boston University Law School | 04/21/06 - Lecture (travel), Boston, MA |
| 11. | Carolyn Foundation | 04/28/06 to 04/30/06 - Trustee Retreat (travel, food, lodging), Chaska, MN |
| 12. | Osservatorio Giordano dell'Amore | 05/04/06 to 05/06/06 - Lecture (travel, food, lodging), Stresa, Italy |
| 13. | Yale University Law School | 09/06/06 - Conference (travel), Albany, NY |
| 14. | Yale University Law School | 10/08/06 - Class Party (food), New Haven, CT |
| 15. | Boston College Law School | 10/11/06 - Lecture (travel), Boston, MA |
| 16. | European University Institute | 10/24/06 - Lecture (travel), Florence, Italy |
| 17. | Yale University | 11/16/06 - Lecture (travel, food), Washington, D.C. |
| 18. | Carolyn Foundation | 12/01/06 to 12/02/06 - Trustee Meeting (travel, food, lodging), Minnesota, MN |

| Name of Person Reporting | Date of Report |
|---|---|
| Calabresi, Guido | 08/01/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Calabresi, Guido | 08/01/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mass Mutual (whole life) Insurance | | None | L | T | | | | | |
| 2. New York Life (whole life) Insurance | | None | L | T | | | | | |
| 3. AIG SunAmerican (whole life) Insurance | | None | K | T | | | | | |
| 4. House and adjacent lot (Bethany, CT) for investment purposes | D | Rent | O | R | | | | | |
| 5. Partial interest in Co-op Apt (NYC, NY) for investment | | None | P1 | R | | | | | |
| 6. Fleet Bank, checking account | A | Interest | J | T | | | | | |
| 7. Fleet Bank, IMMA Account | A | Interest | K | T | | | | | |
| 8. Banco di Napoli, checking account | A | Interest | J | T | | | | | |
| 9. Merrill Lynch Bank & Trust USA - cash | D | Interest | M | T | | | | | |
| 10. I Shares T S & P 500 (mutual fund) @ Merrill Lynch | E | Dividend | P1 | T | | | | | |
| 11. I Shares T S & P Mid-Cap M400 (mutual fund) @ Merrill Lynch | E | Dividend | P1 | T | | | | | |
| 12. American Growth Fund Mutual Fund @ Merrill Lynch | D | Dividend | P1 | T | | | | | |
| 13. General Mills (common) @ Merrill Lynch | D | Dividend | N | T | | | | | |
| 14. Trust #1, income beneficiary | G | Div. & Int. | P1 | T | | | | | |
| 15. --First Am. Tax Free Oblig Fund (cash equiv) | | | | | | | | | |
| 16. --First Am. Sm-Mid Cap Core Fd -former Tech Fd (mutual fund) | | | | | | | | | |
| 17. --First Am. Short Tax Free (mutual fund) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Calabresi, Guido | 08/01/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   --General Mills (common) | | | | | | | | | |
| 19.   --Investment Co. of America (mutual fund) | | | | | | | | | |
| 20.   Trust #2, income beneficiary | F | Div. & Int | P1 | T | | | | | |
| 21.   --First Am.Tax Free Oblig. Fund (cash equiv.) | | | | | | | | | |
| 22.   --First Am. Short Tax Free (mutual fund) | | | | | | | | | |
| 23.   --Imation Corp (common) | | | | | | | | | |
| 24.   --Investment Co. of America (mutual fund) | | | | | | | | | |
| 25.   --Minnesota Mining & Mfg. (common) | | | | | | | | | |
| 26.   --First Am. Small Cap Growth Fund (mutual fund) | | | | | | | | | |
| 27.   --First Am. Sm-Mid Cap Core Fd- former Tech Fd (mutual fund) | | | | | | | | | |
| 28.   Trust #3, income beneficiary | | None | P2 | T | | | | | See note in Part VIII |
| 29.   --Darden Restaurants (common) | | | | | | | | | |
| 30.   --Exxon (common) | | | | | | | | | |
| 31.   --General Mills (common) | | | | | | | | | |
| 32.   --IBM (common) | | | | | | | | | |
| 33.   --JP Morgan (common) | | | | | | | | | |
| 34.   --AT&T Inc.(common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| 3. Value Method Codes | Q =Appraisal | V =Other | S =Assessment | | |
| (See Column C2) | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Calabresi, Guido | 08/01/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --US Bancorp (common) | | | | | | | | | |
| 36. --Investment Co. of America (mutual fund) | | | | | | | | | |
| 37. --Merrill Lynch Bank & Trust USA - cash | | | | | | | | | |
| 38. --Radkowski Thorium Power Corp. (common) | | | | | | | | | |
| 39. --Am. Growth Fund (mutual fund) | | | | | | | | | |
| 40. --Am. Euro Pacific Growth Fund (mutual fund) | | | | | | | | | |
| 41. Trust #4, income beneficiary | | None | P1 | T | | | | | See note in Part VIII |
| 42. --Merrill Lynch Bank USA - CMA Money Fund (cash equiv.) | | | | | | | | | |
| 43. --I Shares T S & P 500 (mutual fund) | | | | | | | | | |
| 44. Trust #5, income beneficiary | | None | P1 | T | | | | | See note in Part VIII |
| 45. --Bank of America (common) | | | | | | | | | |
| 46. --Morgan Stanley Em. Mkt Fd (mutual fund) | | | | | | | | | |
| 47. --Bank of America checking account - Cash | | | | | | | | | |
| 48. Guido Calabresi Retirement, TIAA-CREF | | None | P1 | T | | | | | See note in Part VIII |
| 49. Bank of America (common) @ Merrill Lynch | E | Dividend | O | T | part donated | 12/11 | M | | |
| 50. | | | | | part buy | 12/14 | M | | |
| 51. Trust #6, income beneficiary | F | Div. & Int. | P1 | T | | | | | See note in Part VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Calabresi, Guido | 08/01/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | | | |
| 52.   --Grantham, Mayo, Van Otterloo (mutual funds) | | | | | | | | | |
| 53.   Investment Co. of America (mutual fund) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Calabresi, Guido | 08/01/2007 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. INVESTMENTS AND TRUSTS

I have not included my personal residence in Connecticut and its adjacent land; an apartment and caretaker's apartment and an olive grove in Italy held for vacation trips and not for investment or the production of income; a fishing camp in Maine held for vacation trips and not for investment of the production of income; land across the road from my residence in Connecticut held to protect my land and not for investment or the production of income; and additional land identical to this and adjacent to it.

Trusts #3, #4, and #5 in part VII and the retirement account described in VII # 48 did not distribute any income to me or to an immediate family member. Income was earned and not distributed.

In 1995 a family member and I established a Charitable Remainder Unitrust. The family member and I are 5.5% income beneficiaries during our lives, or 20 years, whichever is longer. The trustee is instructed to invest the money only in widely diversified mutual or money market funds. See part VII Trust #6.

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Calabresi, Guido | 08/01/2007 |

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Date _August 1, 2007_

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# JUDICIAL CONFERENCE OF THE UNITED STATES
## COMMITTEE ON FINANCIAL DISCLOSURE

George D. Reynolds, Staff Counsel
One Columbus Circle, N.E.
Washington, D.C., 20544

Telephone:(202)502-1850
Facsimile:(202) 502-1899

May 1, 2007

Honorable Guido Calabresi
United States Court of Appeals
Connecticut Financial Center, 18th Floor
157 Church Street
New Haven, CT 06510-2100

Re: Calendar Year 2006 Filing

Dear Judge Calabresi:

Judge Ortrie D. Smith, Chair of the Committee on Financial Disclosure, has asked me to inform you that your requested extension until August 13, 2007, to file your calendar year 2006 financial disclosure report has been granted.

Sincerely,

George D. Reynolds

To: Guido Calabresi

From: Stephen Yandle ███████

Date: February 3, 1994

Re: Retirement benefits

Tenured members of the Faculty upon retirement may elect to continue teaching and other activities at the School on a part-time basis. In accordance with usual curricular processes retired professors may teach one half time or less. Faculty members electing to teach half time may offer up to one course in each semester of the academic year or, by arrangement with the Dean, two courses in one term followed by a term in which they offer no courses. The part-time privileges and responsibilities will continue without term, but subject to the standards for continuation applied to non-retired, tenured faculty members.

Retired faculty must take up a reduced teaching assignment within two years of the date of their retirement and may not interrupt their teaching for longer than two academic years without forfeiting their appointments. Retired faculty who elect to teach part-time will designated as Professorial Lecturers. Appropriate compensation for part-time teaching is determined by the Dean.

After retirement faculty continue to receive various forms of support. The support may depend on whether the faculty member continues to teach.

### Offices.

Upon retirement faculty members will leave the larger offices that they may occupy and will lose their position on the office seniority list, but will be provided other office space.

### Secretarial

Retired faculty will continue to receive secretarial support, but at a reduced level. In general, Professorial Lecturers would receive half the usual allocation for full time faculty.

### Leaves

Retired faculty who continue to teach can be granted triennial leave proportionate to the amount of teaching they are doing (e.g. A Professorial Lecturer who is teaching a course a semester could receive a semester triennial leave every three years. Pay for the leave would be equal to the amount that the faculty member would have received for teaching that

## Medical Benefits

Yale faculty with 30 years of service are eligible for post-retirement medical coverage comparable to that provided full time faculty. Faculty with less than 30 years of service receive a pro rata benefit based on years of service. The coverage, while comparable, is different as it is designed to take advantage of Medicare benefits. Faculty who are classified as 50% or more are eligible for the regular faculty health coverage.

Under current policy if a faculty member is classified as 50% or more, he or she is not eligible for retirement health coverage even if he or she meets the age and term of service requirements because Medicare regulations stipulate that anyone who is entitled to regular health benefits from their employer must receive that benefit rather than Medicare so retired faculty listed as 50% or more would be covered under the regular faculty medical plan.

## Dental Insurance

There is no University contribution to the Dental Plan, but still the plan is available only to faculty who are half time or more.

## Long-term Disability

Faculty classified as 50% or more are eligible for coverage under the University's long-term disability program. The benefits of that program terminate at age 70.

## Flexible Benefits

The University requires that a faculty member be employed 50% or more to participate in the flexible benefits program.

## Group Life Insurance

Faculty members may participate in the group life insurance plan if employed half time or more. If employed less than half time, the group life insurance can be converted to a whole life policy.

## Benefits Dollars

Faculty working half time or more receive $27 per month which can be applied to faculty paid benefits or accepted as taxable income.

## Scholarship Plan for Sons and Daughters

The benefit is available to all retired faculty who meet the length of service requirement -- six continuous years prior to receiving the benefit or four continuous years prior and eight years of total service.

_____ _____, leaves to Professorial Lecturers are at the discretion of the dean with the approval of the Provost.

Retired faculty may "carry forward" their scheduled leaves from pre-retirement, but only as to the timing of the next leave due, which must conform to the stipulation above (e.g. A faculty member who had no leave for two years prior to retirement and who started teaching a course a semester after retirement would be eligible for a paid leave in the second semester of retirement, but the pay would be in the amount of the salary that would have been paid for teaching a course in that semester).

## Summer Stipends

Retired faculty are not eligible for summer stipends.

## Research Assistants

Retired faculty may receive the same type of research support as full time faculty. Requests for research assistants and travel must be submitted to the dean for approval. Other support requests - computers, duplicating, etc. - would be processed through existing administrative procedures with non-routine approval being referred to the dean. General support from the library and its staff will be available. Book purchase requests should be directed to the Librarian. 'All of these procedures are identical to those in place for full time faculty.

## Salary

Salary will be negotiated individually with the dean, but as a general guideline Professorial Lecturers who teach a course each semester after retirement will receive one quarter of their pre-retirement salary. That salary will be reviewed annually and Professorial Lecturers will be eligible for increases. Increases will generally be limited to the University figure for tenured faculty.

## University Benefits

### General

University benefits hinge on whether the faculty member is "half time or more", which is defined precisely as 50% or more.

### Retirement Contribution

The Law School will make contributions to retirement funds for Professorial Lecturers to the extent possible given the University's formula for completion of contributions to retirement funds. The operation of the formula can vary by individual, but it is highly likely that Law School faculty serving as Professorial Lecturers will have completed contributions to retirement funds prior to serving as Professorial Lecturers. For faculty who had fifteen years of service at Yale prior to July 1, 1993, contributions to retirement accounts at the regular annual formula will not cease before age

70.

## Early retirement

For faculty who retire at age 62 or over with at least 15 years of service and before the "normal retirement age of 70" will be eligible to receive from the University a cash benefit. The benefit equals 60% of the participant's three year final average salary plus 2% for each year of service with the University over 15, or, if less, the amount that would be required to purchase an annuity that would bridge the difference between the annuity which could be purchased with the participant's Yale retirement account balance at the date of early retirement and the annuity which could be purchased with that account balance projected (at 4%) to "normal retirement age." For the purpose of the foregoing, amounts in the account balance in excess of six times salary will be excluded for the calculations.